IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK NEFF,

    Petitioner,                           JUDGMENT IN A CIVIL CASE

  v.                                       Case No. 17-cv-476-bbc

LOUIS WILLIAMS II,

    Respondent.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petitioner Mark Neff's petition for a writ of habeas corpus.

| /s/ | 8/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |